

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date:  September 6, 2013

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Name & Address
Los Angeles County Superior Court
6230 Sylmar Ae
Van Nuys, CA 91401

Re:  Case Number:  CV13-4911-MMM(JCx)

Previously Superior Court Case No.  LC100184

Case Name:  Andrew Horne -v- Wells Fargo Bank, N.A.

Dear Sir / Madam:

   Pursuant to this Court's ORDER OF REMAND issued on  September 6, 2013  , the above-referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By:  Brent Pacillas
     Deputy Clerk    213-894-

☒ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

==========================================================================================

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____
    Deputy Clerk

Date

CV - 103 (09/08)        **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**